### 1550.   WILLOUGHBY v. MARTIN.

HILL, C. J.   The plaintiff in error concedes that the evidence supports the verdict, and the only error complained of was the mere failure to charge that the burden rests upon the plaintiff to establish by a preponderance of the evidence his contentions in the case. In the absence of a request, this was not error, especially where the court fully instructed the jury as to the respective contentions and their duty to determine the truth of such contentions from the evidence. *Small* v. *Williams*, 87 *Ga.* 682. (13 S. E. 589) ; *Gunn* v. *Harris*, 88 *Ga.* 439 (14 S. E. 593) ; *Powell* v. *Georgia & Fla. Ry. Co.*, 121 *Ga.* 803 (49 S. E. 759).

*Judgment affirmed.*

Appeal, from Walton superior court—Judge Brand. October 26, 1908.

Submitted January 27,—Decided May 4, 1909.

*Walker & Roberts,* for plaintiff in error.   *W. O. Dean,* contra..

---

### 1559.   SMITH v. CHIVERS.

HILL, C. J.   1. The defendant in a justice's court, when sued on an unconditional contract in writing, must appear and make his defense at the first term, either by pleading or by the marking of his name, or that of his attorney, on the docket. Civil Code, § 4134; *Heyward* v. *Field*, 95 *Ga.* 714 (22 S. E. 653) ; *Morgan* v. *Prior*, 110 *Ga.* 791 (36 S. E. 75).

2. When no defense whatever is made at or before the first term to a suit in a justice's court on an unconditional contract in writing, no plea can be filed on an appeal to a jury from the judgment rendered in favor of the plaintiff. The justice did not err in dismissing the appeal.

*Judgment affirmed.*

Certiorari, from Washington superior court—Judge Rawlings. November 7, 1908.

Submitted January 28,—Decided May 4, 1909.

*M. L. Gross, A. R. Wright,* for plaintiff in error.